**SEALED**

**FILED**
JUN - 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEALED                       ) NO.
                                   )
                                   )
                                   ) **UNDER SEAL**
                                   )
_____)

2:07-SW-0153 GGH

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents in the above-captioned matter be and are hereby ordered SEALED until further order of this Court.

Dated: ~~May 31~~, 2007
June 1

**GREGORY G. HOLLOWS**
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge