


1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716

5

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 IN RE SEARCH OF              )  No. 2:07-sw-00153 GGH
   101 MONTE VISTA DRIVE        )
11 WOODLAND, CALIFORNIA         )  **APPLICATION TO UNSEAL SEARCH WARRANT**
                                )  **AND [proposed] ORDER**
12                              )
                                )
13 _____)

14      On June 1, 2007, this Court issued the above-captioned search

15 warrant and sealed it until further order of the Court.  Recently,

16 the defendant was indicted by a federal grand jury, case number

17 2:07-cr-00266 FCD.  The United States now respectfully requests that

18 the above-captioned file be unsealed so that its contents may be

19 revealed in discovery.

20 Dated: June 19, 2007

21                                    Respectfully submitted,

22                                    McGREGOR W. SCOTT
                                      United States Attorney
23

24                              By:   /s/ Ellen V. Endrizzi
                                      ELLEN V. ENDRIZZI
25                                    Assistant U.S. Attorney

26

27

28

                                 1

O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00153 GGH, is GRANTED.

DATED: June 20, 2007



HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge